IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY
        Plaintiff,

v.   Case Number 18-3648

ROMANO, et.al.,
        Defendants.

## TAKE JUDICIAL COGNIZANCE

TAKE JUDICIAL COGNIZANCE of the following:

a.    Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania, and in this court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to this complaint.

b.    Through the courts, Plaintiff Kennedy encourages the government and its employees to obey the law.

c.    Plaintiff objects to the phrase "pro se" and requests CM/ECF access.

d.    Plaintiff Kennedy hereby wishes and demands defendants reply and testify, affirm, and/or declare under penalty of perjury, and provide certified copies of their Oaths, Bonds of Office, Commissions, Answers to Questionnaires and Financial Disclosures.

e.    Law of the Case is Exhibit 1, previously filed herein.

f.    Code of Conduct for United States Judges is law, and Plaintiff accepts the oath of office of the Judge assigned to this case, and binds him to it.

g.    Plaintiff Kennedy hereby objects to THE UNIVERSAL CHARTER OF THE JUDGE.

Date: August 30, 2018.

*[signature]* (SEAL)
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Phone: 415-275-1244.
Email: pillar.of.peace.2012@gmail.com
Fax: 570-609-1810.