IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY
        Plaintiff,

v.

ROMANO, et.al.,
        Defendants.

FILED
SEP 27 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Case Number 18-3648-EGS

## NOTICE AND SUSPENSION

1.     Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania, and in this court of record, hereby suspends the Judge assigned to administer this complaint.

2.     Through the courts, Plaintiff Kennedy encourages the government and its employees to obey the law.

Date: September 25, 2018.

                              (SEAL)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Phone: 415-275-1244.
Fax: 570-609-1810.
Email: pillar.of.peace.2012@gmail.com

1

CERTIFICATE OF SERVICE

I certify that on September 25, 2018 I filed a copy of the above Notice and Suspension with this Court's Clerk of the Court via US regular mail at Edward N. Cahn U.S. Courthouse & Federal Bldg. 504 W. Hamilton Street, Allentown, PA 18101.

*[signature]* SEAL

Edward Thomas Kennedy

**FILED**

SEP 27 2018

KATE BARKMAN, Clerk
By _____ Dep. Clerk

2